# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM

Honorable Dale A. Drozd
United States Magistrate Judge
Sacramento, California

> RE: **Bachawaty, Walid**
> **Docket Number: 2:03CR00149-01**
> **PERMISSION TO TRAVEL**
> **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Lebanon. He is current with all supervision obligations, and the probation officer as well as the government recommends approval be granted.

**Conviction and Sentencing Date:** On September 15, 2006, Mr. Bachawaty was sentenced for the offense of 18 USC 1003-Made a False Claim Against the United States.

**Sentence Imposed:** Twelve Months probation, $1000 restitution; $3000 fine and $25 special assessment. He has paid these financial obligation in full.

**Dates and Mode of Travel:** September 22, 2006 to October 6, 2006

**Purpose:** visit family

RE: Batchawaty, Walid
Docket Number:
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully Submitted,

*Shari R. Simon* (signature)

Shari R. Simon
United States Probation Officer

DATED: September 21, 2006
Sacramento, California
srs

REVIEWED BY: _____
Karen A. Meusling
Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

Approved ____X____     Disapproved _____

__9/21/06__              _Dale A. Drozd_ (signature)
Date                    Dale A. Drozd
                        United States Magistrate Judge